**92–2005.** State v. Thornton. *Cuyahoga County,* No. 59619. On motion for leave to file delayed appeal. Motion granted.

HOLMES and WRIGHT, JJ., dissent.

**92–2014.** State v. Marcum. *Butler County,* Nos. CA91–05–0081 and CA91–04–0068. On motion for leave to withdraw pleading without prejudice. Motion granted.

DOUGLAS and WRIGHT, JJ., dissent and would dismiss this cause.

**92–2016.** State v. Bernard. *Cuyahoga County,* No. 59452. On motion for leave to file delayed appeal. Motion granted.

MOYER, C.J., DOUGLAS and WRIGHT, JJ., dissent.

**92–2021.** State v. Doyle. *Summit County,* No. 14503. On motion for leave to file notice of appeal instanter. Motion denied.

**92–2032.** Interam. Trade Corp. v. Phillips. *Montgomery County,* Nos. CA 13664 and CA 13677. On motion to reconsider or in the alternative motion for stay. Motion denied.

HOLMES and RESNICK, JJ., dissent.

On motion to strike. Motion granted.

HOLMES and RESNICK, JJ., dissent.

**92–2047.** State v. Johnson. *Summit County,* No. 12307. On motion for leave to file delayed appeal. Motion denied.

**92–2058.** State v. Butts. *Cuyahoga County,* No. 60089. On motion for leave to file delayed appeal. Motion denied.

HOLMES, H. BROWN and RESNICK, JJ., dissent.

**92–2068.** Greene v. Brighton Hotel Corp. *Cuyahoga County,* No. 60838. On motion to reconsider denial of extension. Motion granted.

MOYER, C.J., HOLMES and WRIGHT, JJ., dissent.

## JURISDICTIONAL MOTIONS ALLOWED

**92–1545.** Reynolds v. Physicians Ins. Co. of Ohio. *Lucas County,* No. L–91–148.

MOYER, C.J., HOLMES and RESNICK, JJ., dissent.

**92–1628.** Koury v. North Canton Properties. *Stark County,* No. CA–8855.

MOYER, C.J., HOLMES and RESNICK, JJ., dissent.

**92–1671.** Yaklevich v. Kemp, Schaeffer & Rowe Co., L.P.A. *Franklin County,* No. 91AP–1296.

HOLMES, J., dissents.

**92–1682.** Hyde v. Reynoldsville Casket Co. *Ashtabula County,* No. 91–A–1660.

MOYER, C.J., SWEENEY and WRIGHT, JJ., dissent.

**92–1758.** State v. Amato. *Lake County,* No. 91–L–092.

MOYER, C.J., SWEENEY and WRIGHT, JJ., dissent.

## JURISDICTIONAL MOTIONS OVERRULED

**92–1354.** Bank One, Columbus, N.A. v. O'Brien. *Franklin County,* Nos. 91AP–166 and 91AP–441. On motion to certify the record and on motion for leave to file memorandum in support instanter. Motions denied.

WRIGHT, J., dissents.

H. BROWN, J., not participating.

**92–1438.** Marous v. Ohio Bell Tel. Co. *Cuyahoga County,* No. 60470. On motion to certify the record and on motion to file supplemental memorandum instanter. Motions denied.

HOLMES, J., dissents.